THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JOHNSON, Also Known as TITO GREENE, Appellant. [888 NYS2d 897]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Skelos and Florio, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN KRUGER, Appellant. [888 NYS2d 898]

The defendant's challenge to the judgment convicting him of burglary in the first degree, upon his plea of guilty, is barred because the plea encompassed a waiver of his right to appeal, and the waiver was knowingly, voluntarily, and intelligently made, and was not coerced (*see People v Seaberg*, 74 NY2d 1, 10 [1989]; *People v Finn*, 63 AD3d 755, 756 [2009], *lv denied* 13 NY3d 744 [2009]; *People v Alqam*, 49 AD3d 776 [2008]). Dillon, J.P., Florio, Miller and Angiolillo, JJ., concur.